238 F.2d 623
 UNITED STATES of America ex rel. Lawrence DENTICO, Relator-Appellant,
v.
UNITED STATES MARSHAL, Southern District of New York,
Respondent-Appellee.
 No. 182, Docket 24388.
 United States Court of Appeals Second Circuit.
 Argued Nov. 13, 1956.
Decided Nov. 13, 1956.
 
 Bella V. Dodd, New York City (Dodd, Cardiello & Blair, New York City, on the brief), for relator-appellant.
 Kenneth C. Sternberg, Asst. U.S. Atty. E.D.N.Y., Long Island, N.Y. (Leonard P. Moore, U.S. Atty., Brooklyn, N.Y.), for respondent-appellee.
 Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Order affirmed in open court.